KNICKERBOCKER STEAM TOWAGE CO. v. BALTIMORE & BOSTON BARGE CO.

(Circuit Court of Appeals, First Circuit. May 25, 1909.)

No. 803.

TOWAGE (§ 15\*)—INJURY TO TOW—UNSKILLFUL HANDLING BY TUGS.

The finding of a District Court that the grounding of a barge while being towed down the Kennebec river was due to the unskillful management of the towing tugs affirmed.

[Ed. Note.—For other cases, see Towage, Cent. Dig. § 36; Dec. Dig. § 15.\*]

Appeal from the District Court of the United States for the District of Maine.

For opinion below, see 159 Fed. 755.

Benjamin Thompson (Edward S. Dodge, on the brief), for appellant.

Edward C. Plummer, for appellee.

Before COLT and PUTNAM, Circuit Judges, and BROWN, District Judge.

BROWN, District Judge. This is an admiralty appeal, and relates to the grounding of the barge Jeannie at Telegraph Point, about two miles above the city of Bath, on the Kennebec river, June 3, 1906, while the barge was in tow of the appellant's tugs Seguin and Perry.

The facts are fully and accurately reported in the opinion of the learned District Judge in 159 Fed. 755–763.

We entirely agree with the conclusion of the District Court that the appellant did not, in its towage service, exercise such reasonable degree of skill and care as was due under the circumstances. We are of the opinion that the grounding of the Jeannie was due entirely to unskillful management in making the turn at Thorne's Head, and find no

---

\*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

reason for adding anything to the observations of the District Judge upon this point.

The decree of the District Court is affirmed, and the appellee recovers costs in this court.